Info@medexreviews.com
Houston, TX

# Curriculum Vitae
## (*2022*)
### Charlotte L. Warmington, RN, BSN, LNCC, CLCP

**Education**

| | |
|---|---|
| 1982 | RN, BSN - University of Texas, Health Science Center, Houston, Texas |
| 1994 | LNCC – Legal Nurse Consultant, Certified |
| 2003 | CLCP – Life Care Planning, MediPro Seminars, University of Florida |

**Professional Positions**

**Legal Nurse Consultant, Full-time In-house**
1992-1999      **Kruse, Luccia & Evans, Houston, Texas**
Extensive background in working insurance defense on personal injury, mass tort, products liability, and physician credentialing. Case experience includes mass tort and class action, personal injury, products liability, medical malpractice, defective products, and dangerous pharmaceuticals; and evaluation of cases for merit.

**Legal Nurse Consultant, Independent Contractor**
1998-Present      **CLN Medical-Medical Legal Analysis, Inc.**
2007-Present      **Nortec Solutions**
2016-Present      **Juris Medicus**
2002-2018      **Luccia & Evans, LLP**
2013-2015      **Serpe, Jones, Andrews, Callender & Bell**
Evaluate, analyze, and render informed opinions on the delivery of health care and the resulting outcomes; educating attorneys and/or others involved in the legal process regarding the healthcare facts and issues of a case or claim; research and integrate healthcare and nursing literature as it relates to the healthcare facts and issues of a case or claim; develop collaborative case strategies with those practicing within the legal system; and assess issues of damages and causation relative to liability within the legal process.

**Certified Life Care Planner**
2003-Present      **CLN Medical-Medical Legal Analysis, Inc.**
2004-Present      **Care Plans for Life, LLC**
2014-Present      **US Attorney's Office Western District of Texas – Independent Contractor**
2017-Present      **Juris Medicus – Medical Experts Sourcing Specialists**
2021-Present      **US Attorney's Office Northern District of Texas – Independent Contractor**
Development of Life Care Plans for injured clients outlining projected annual and lifetime costs for long- term care over lifespan. Cases include toxic exposures, neonatal and pediatric brain injury (cerebral palsy); retinopathy of prematurity; orthopedic injuries (obstetrical brachial plexus injuries); traumatic brain injury, diabetes, automobile accidents; workers compensation; amputations; burns; reflex sympathetic dystrophy (complex regional sympathetic dystrophy), and spinal cord injuries. Life Care Plans are used in trial and for the purpose of settlement in catastrophic injury cases. Medical Cost Analysis or Lifetime Expense Assessments and prepared Medical Cost Projections based on client recommendations or specific services as they relate to catastrophic or chronic illnesses.

In my role as a Certified Life Care Planner, I prepare Medical Cost Projections and perform Medical Bill Audits, which entail reviewing medical and billing records to determine if the charges are usual, customary, and reasonable, as geographically adjusted, for a documented service. These projects and audits require an astute understanding of the following, which I have obtained through my education, training, and experience: format and content of health records and other forms of medical/clinical documentation; auditing standards and practices as they may apply to bill audits; coding, including applicable ICD-CM (International Classification of Diseases-Clinical Modification), CPT (Current Procedural Terminology), HCPCS (Healthcare Common Procedure Coding System), and medical terminology; charging and billing procedures for same; and state and federal regulations concerning the use, disclosure, and confidentiality of all patient records, including the HIPAA (Health Insurance Portability and Accountability Act) specific critical care units, specialty areas, and ancillary units involved.

### Risk Management Specialist
2011-2013  **Memorial Hermann Health Systems**
2013       **Texas Children's Hospitals**

Responsibilities include assist with coordinating those systems necessary for identification, evaluation, monitoring, reduction and/or elimination of professional and general liability risk exposure. Provide counseling and education to clinical personnel, facility leadership and medical staff members related to patient safety, risk exposures including risk prevention and risk reduction.

### Hospitals
1982-1992  **Clinical Experience,** Houston, Texas

Worked in various positions including staff nurse, charge nurse, and unit and hospital clinical educator at *Texas Childrens Hospital, Houston, Texas*; and charge nurse and unit educator at *Park Plaza Hospital*, *Houston, Texas*. Areas of clinical practice included: general orthopedic, medical-surgical and pediatrics; newborn, neonatal and pediatric intensive care units, obstetrics, and progressive care unit for the acutely and chronically ill patients, neonatal research and transport of high-risk patients.

### Professional Licensing and Certifications
- **BSN Nursing** - State of Texas
- **LNCC** – Legal Nurse Consultant, Certified; Accredited by the American Board of Nursing Specialties
- **CLCP** – Certified Life Care Planner, Certification by the Commission on Healthcare Certification

### Professional Organizations
- American Association of Legal Nurse Consultants, Houston Chapter (AALNC)
- National Association of Legal Nurse Consultants (NALNC)
- International Association of Rehabilitation Professionals (IARP)
- International Brain Injury Association (IBIA)
- American Association of Nurse Life Care Planners (AANLCP)
- Neurotrauma Registry
- North American Brain Injury Society (NABIS)
- Greater Houston Society for Healthcare Risk Management (GHSHRM)
- American Nurses Association (ANA)
- Texas Nurses Association (TNA)

### Volunteer and Community Service
- American Red Cross – Houston Chapter Volunteer
- Red Cross HIV Peer Educator Sponsor
- Warren Corporation –Aids Awareness Group Volunteer
- Child Advocate Program
- Special Olympics Sponsor
- Houston Area Women's Center Volunteer
- Easter Seals
- Angel Gowns
- Catholic Charities

### Honorary Societies
- National Registry Who's Who in Executives and Professionals
- National Association of Female Executives

LCPs & Med Cost Projections (Appendix A)  References
Upon Request